**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 51547**

| | |
|---|---|
| STATE OF IDAHO,<br><br>     Plaintiff-Respondent,<br><br>v.<br><br>RONDA ANN LUNA,<br><br>     Defendant-Appellant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Filed: December 3, 2024

Melanie Gagnepain, Clerk

THIS IS AN UNPUBLISHED
OPINION AND SHALL NOT
BE CITED AS AUTHORITY

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Samuel A. Hoagland, District Judge.

Order denying I.C.R. 35 motion for reconsideration of sentence, <u>affirmed</u>.

Erik R. Lehtinen, State Appellate Public Defender; Sally J. Cooley, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Raúl R. Labrador, Attorney General; Kenneth K. Jorgensen, Deputy Attorney General, Boise, for respondent.

_____

Before GRATTON, Chief Judge; HUSKEY, Judge;
and LORELLO, Judge

_____

PER CURIAM

Ronda Ann Luna pled guilty to possession of a controlled substance. Idaho Code § 37-2732(c)(1). The district court sentenced Luna to a unified term of seven years with one year determinate. Luna filed an Idaho Criminal Rule 35 motion, which the district court denied. Luna appeals asserting that the district court abused its discretion by denying the Rule 35 motion.

A motion for reduction of sentence under I.C.R. 35 is essentially a plea for leniency, addressed to the sound discretion of the court. *State v. Knighton*, 143 Idaho 318, 319, 144 P.3d 23, 24 (2006); *State v. Allbee*, 115 Idaho 845, 846, 771 P.2d 66, 67 (Ct. App. 1989). In presenting a Rule 35 motion, the defendant must show that the sentence is excessive in light of new or additional information subsequently provided to the district court in support of the motion. *State*

1

*v. Huffman*, 144 Idaho 201, 203, 159 P.3d 838, 840 (2007).  Upon review of the record, including any new information submitted with Luna's Rule 35 motion, we conclude no abuse of discretion has been shown.  Therefore, the district court's order denying Luna's Rule 35 motion is affirmed.